UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBIN COATES,<br><br>      Plaintiff,<br><br>vs.<br><br>PROG LEASING, LLC d/b/a<br>PROGRESSIVE LEASING,<br><br>      Defendant. | CIVIL ACTION NO.<br>1:16-CV-02001-MHC |

<u>~~PROPOSED~~ ORDER</u>

This matter is before the Court on the Parties' Joint Motion to Dismiss Pending Arbitration [Doc 22]. For good cause shown, the Parties' motion is hereby **GRANTED**.

Accordingly, this matter is hereby **DISMISSED WITHOUT PREJUDICE** as a result of the parties' agreement to arbitrate Plaintiff's TCPA claim.

As a result of this dismissal, the Clerk is hereby **DIRECTED** to **CLOSE THIS ACTION**.

IT IS SO ORDERED this 19th day of October, 2016.

_____
HONORABLE MARK H. COHEN
UNITED STATES DISTRICT JUDGE